[No. 51809-7-I. Division One. March 1, 2004.]

JOHN R. SULLIVAN, ET AL., *Respondents*, v. JULES ZINTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-00775-3, John M. Meyer, J., entered December 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51858-5-I. Division One. March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS VELASCO-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01861-5, Larry E. McKeeman, J., entered January 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52018-1-I. Division One. March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07299-9, Paris K. Kallas, J., entered March 17, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52218-3-I. Division One. March 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GRAHAM MUNCY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06725-1, Paris K. Kallas, J., entered March 18, 2003. *Affirmed* by unpublished per curiam opinion.